**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-8096**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

MICHAEL L. ANDERSON, a/k/a Pacman, a/k/a Pac,

                    Defendant – Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (7:02-cr-00244-HMH-5)

———————

Submitted:  February 19, 2009       Decided:  February 25, 2009

———————

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael L. Anderson, Appellant Pro Se.   Elizabeth Jean Howard,
Assistant United States Attorney, Greenville, South Carolina,
for Appellant.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Anderson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Anderson, No. 7:02-cr-00244-HMH-5 (D.S.C. filed Sept. 10, 2008; entered Sept. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED